IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Warehouse Employees Union<br>Local No. 730<br>Health and Welfare Trust Fund, *et. al.*<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>Joseph Howlin, Jr.<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NUMBER<br><br>AMD - 00 - CV - 3038<br><br>FILED ____ ENTERED<br>____ LODGED ____ RECEIVED<br><br>DEC 0 5 2000<br><br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

### ORDER

On the basis of Plaintiffs' unopposed Motion for Default Judgment and supporting memorandum, IT IS this 5th day of December, 2000, by the Untied States District Court for the District of Maryland, ORDERD:

1.  That Plaintiffs' Motion for Default Judgment is hereby GRANTED;

2.  That judgment shall be entered in favor of Plaintiffs in the amount of $31,774.63.

3.  That the Clerk of the Court shall mail or transmit copies of this Order to counsel for Plaintiff and Defendant.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Court Judge